IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Miguel A. Plascencia, | ) | No. CV-14-00850-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Driftwood Hospitality Management, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the parties' Stipulation of Dismissal (Doc. 46),

**IT IS ORDERED:**

1. That all pending motions are **denied as moot**;

2. That the Stipulation of Dismissal (Doc. 46) is **granted**;

3. That this action is **dismissed with prejudice** in its entirety;

4. That each party shall bear its own costs and attorneys' fees; and

5. That the Clerk of Court shall **terminate** this action.

Dated this 5th day of November, 2015.

Honorable Steven P. Logan
United States District Judge